# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIA GRANT,<br>　　　　　Plaintiff,<br>vs.<br>GENERAL MOTORS, LLC,<br>　　　　　Defendant. | Case No. 2:14-cv-00648-RFB-CWH<br><br>**ORDER** |

　　　This matter is before the Court on Defendant's Motion to Compel Discovery (doc. # 41), filed January 12, 2015.

　　　After careful review, the Court finds that Defendant's motion to compel must be denied for failure to comply with Local Rule 26-7(a). Local Rule 26-7(a) requires a discovery motion to "set forth in full the text of the discovery originally sought and the response thereto, if any." Loc.Civ.R. 26-7(a). However, Defendant fails to provide the complete text of requests, along with Plaintiff's specific discovery responses, in the body of the motion. Defendant also does not bother to link its arguments to the complete text of requests and to Plaintiff's specific discovery responses. Instead, Defendant has simply attached its requests and Plaintiff's prior discovery responses as exhibits, which fails to comply with the rules.

　　　Based on the forgoing and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendant's Motion to Compel Discovery (doc. # 41) is **denied without prejudice**.

　　　DATED: January 13, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**