IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

MIA GRANT,                          )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )          Case No.  2:14-cv-00648-RFB-CWH
                                    )
GENERAL MOTORS LLC,                 )
                                    )
        Defendant.                  )

---

**CORRECTED STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, Mia Grant, and Defendant, General Motors LLC, by their respective attorneys, stipulate and agree that the above-entitled cause of action shall be dismissed with prejudice, all issues between the parties having been resolved, each party to pay their own costs and attorney's fees.

IT IS FURTHER stipulated and agreed that an appropriate Order of Dismissal with Prejudice be entered herein upon the filing of this Stipulation to Dismiss with Prejudice, without further notice by or to any party hereto.

Respectfully submitted this 24th day of September, 2015.


                          CHAD A. BOWERS, LTD.

                          _s/ Chad A. Bowers_____
                          Chad A. Bowers, Esq.
                          NEVADA BAR NO. 007283
                          3202 West Charleston Blvd.
                          Las Vegas, NV  89102
                          Telephone:  702.457.1001
                          Facsimile:  702.946.5048

                          and

THE KOMYATTE LAW FIRM LLC
Paul J. Komyatte (*pro hac vice to be filed*)
607 10th Street, Suite 206
Golden, CO 80401
Phone/Fax: 303.834.1181
Email: paul@komvattelawfirm.com
ATTORNEYS FOR PLAINTIFF

HANSON BOLKCOM LAW GROUP, LTD

*s/ Kent B. Hanson*_____
Kent B. Hanson, Esq. (*pro hac vice*)
Paul E. D. Darsow, Esq. (*pro hac vice*)
527 Marquette Avenue, Suite 2300
Minneapolis, MN  55402
Telephone;  612.342.2880
Facsimile:  612.342.2899
Email:  khanson@hblawgroup.com
Email:  paul.darsow@hblawgroup.com

and

LAW OFFICES OF OLSON CANNON
GORMLEY ANGULO & STOBERSKI
Michael E. Stoberski
NEVADA BAR NO. 004762
9950 West Cheyenne Avenue
Las Vegas, NV  89129
Telephone:  702.384.4012
Facsimile:  702.383.0701
Email:  mstoberski@ocgas.com
ATTORNEYS FOR DEFENDANT
GENERAL MOTORS LLC

IT IS SO ORDERED:

___ _____ ____
RICHARD F. BOULWARE, II
United States District Judge
DATED:  September 27, 2015._

2